

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Karie J. Boyd, Esq. / SBN 256840
kb@boydlawapc.com
Thomas D. Georgianna, Esq. / SBN 242115
tg@boydlawapc.com
BOYD LAW APC
2029 Century Park East, Suite 2880, Los Angeles, CA  90067
Telephone:  (310) 777-0231
Facsimile:  (310) 694-0733

ATTORNEY(S) FOR: Plaintiff John Hackert

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HACKERT, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>CHARLES BAND, an individual, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV14-8814** *FMO*  *JPRx*<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff John Hackert
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sheila J. Hackert | Plaintiff's mother; provided Plaintiff with funds lent to Defendants. |

November 13, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

**Plaintiff John Hackert**