Karie J. Boyd, Esq. / SBN 256840
kb@bodylawapc.com
Thomas D. Georgianna, Esq. / SBN 242115
tg@boydlawapc.com
BOYD LAW APC
2029 Century Park East, Suite 2880
Los Angeles, CA 90067
Telephone: (310) 777-0231
Facsimile: (310) 694-0733
Attorneys for Plaintiff JOHN HACKERT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN HACKERT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BAND, an individual, d/b/a FULL MOON HOLDINGS, d/b/a FULL MOON HOLDINGS, INC., d/b/a FULL MOON FEATURES; FULL MOON HOLDINGS CORP., a California Corporation d/b/a FULL MOON FEATURES, d/b/a CALIFORNIA FULL MOON HOLDINGS, INC., d/b/a FULL MOON HOLDINGS, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**JOHN HACKERT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDERS: 1) FREEZING ASSETS; 2) REQUIRING ACCOUNTINGS; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; AND ORDER ALLOWING EXPEDITED DISCOVERY**<br><br>Date of Hearing:<br>Time of Hearing:<br>Location: |

Plaintiff John Hackert ("Hackert") hereby requests this Court take judicial notice of the following records from the California Secretary of State:

1. Attached as **Exhibit "1"** is an original certified copy of the Articles of Incorporation of FMH Pictures, Inc., filed and held in the office of the California Secretary of State, showing that the entity was created on June 30, 2010.

1  2. Also appended to Exhibit "1"[1], is an orignal certified copy of the

2  Certificate of Amendment of Articles of Incorporation of FMH Pictures, Inc., filed

3  and held in the office of the California Secretary of State. The Certificate shows

4  that Article I of the Articles of Incorporation of FMH Pictures, Inc., was amended

5  to read as follows: "The name of the corporation is Full Moon Holdings Corp." The

6  Certificate was effective on August 11, 2010.

7  3. Attached as **Exhibit "2"**, is an original certified copy of the Certificate of

8  Status of Full Moon Holdings Corp., issued by the California Secretary of State

9  stating that Full Moon Holdings Corp. is a suspended corporation. The Certificate

10  of Status was issued by the California Secretary of State on January 2, 2013.

11  4. Attached as **Exhibit "3"**, is an original certified copy of the Fictitious

12  Business Name Statement, issued by the County of Los Angeles, California. The

13  Statement shows that "Full Moon Features" is the fictitious business name of Full

14  Moon Holdings Corp.

15  5. Attached as **Exhibit "4"**, is an original certified copy of the publication of

16  Fictitious Business Name, issued by the County of Los Angeles, California. The

17  publication shows that "Full Moon Features" is the fictitious business name of Full

18  Moon Holdings Corp.

19  6. Attached as **Exhibit "5"**, is an original certified copy of the Statement of

20  Information filed by Charles Band on July 19, 2010 for FMH Pictures, Inc.

21  (currently known as Full Moon Holdings Corp.), issued by the California Secretary

22  of State stating that Charles Band is: 1) the CEO of the entity; 2) the Secretary of

23  the Entity; 3) the CFO of the entity; 4) the sole Director of the Entity; 5) the

24  President of the entity; 6) and that Mr. Band is located in Hollywood, California.

25  7. Attached as **Exhibit "6"**, is a copy of a certified registration with the

26  United States Copyright Office, filed by Charles Band, stating that "Full Moon

27

28
---
[1] Please note that the certification on the back of the third page states that there is a total of 3 pages certified, thus the certification is for the two page Articles of Incorporation and 1 page amendment thereto.

Holdings, Inc." does business as "Full Moon Features."  The effective date of the registration is April 13, 2011.  (The original document is unusual in size and the grommeted ribbon binding the document, and will thus be lodged separately).

8. Attached as **Exhibit "7"**, is a different copy of a certified registration with the United States Copyright Office, filed by Charles Band, stating that "Full Moon Holdings, Inc." does business as "Full Moon Features."  The registration is dated March 17, 2011.  (The original document is unusual in size and the grommeted ribbon binding the document, and will thus be lodged separately).

9. Attached as **Exhibit "8"**, is a copy of a notice of renewal of judgment against Charles Band entered on January 20, 2012 in Superior Court, Los Angeles County, Case No. BC242458, titled *Hollywood & Vine Development Company v. Amazing Fantasy Entertainment, Inc., etc. et al.*

10. Attached as **Exhibit "9"**, is a copy of a judgment against Charles Band entered on March 27, 2001 in Superior Court, Los Angeles County, Case No. BC232808, titled *James r. Moder Motion Picture Distribution, Inc., et al. v. Charles Band, et al.*

The Articles of Incorporation, Certificate of Amendment of Articles of Incorporation, Certificate of Status, Fictitious Business Name Statement, Publication of Fictitious Business Name, Statement of Information, Copyright Registrations, Notice of Renewal of Judgment, and Judgment are subject to judicial notice under Federal Rule of Evidence 201 (a), (b), and (d) (judicial notice may be taken of "adjudicative facts" "not subject to reasonable dispute in that it is either (1) generally known withi the territorial jurisdiction of the court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned"). (Hunt v. Check Recovery Systems, Inc., (N.D.Cal. 2007) 478 F.Supp.2d 1157, 1160.)

The Articles of Incorporation, Certificate of Amendment of Articles of Incorporation, Certificate of Status, Fictitious Business Name Statement,

1  Publication of Fictitious Business Name, Statement of Information, Copyright

2  Registrations, Notice of Renewal of Judgment, and Judgment are also "self

3  authenticating documents" under Federal Rule of Evidence 902, and so exempt

4  from rule against hearsay under Federal Rule of Evidence 803(8).

5    Dated:   November 12, 2014              BOYD LAW, APC

6

7                                  By: _____

8                                      Karie J. Boyd
                                       Thomas D. Georgianna
9                                      Attorneys for Plaintiff, JOHN HACKERT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "1"**

3299592

FILED
in the office of the Secretary of State
of the State of California

### ARTICLES OF INCORPORATION

### OF

### FMH PICTURES, INC.

JUN 3 0 2010

I

The name of this corporation is:

FMH Pictures, Inc.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

Michael Wolf, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California  90064

IV

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 1,000,000 shares.

V

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

VI

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to this corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

IN WITNESS WHEREOF, the undersigned incorporator has executed the foregoing Articles of Incorporation.

_____
Joseph A. Petro, Incorporator

I:\17022\400\Formation\Articles of Incorporation.wpd

3299592         A0705826

## CERTIFICATE OF AMENDMENT OF

### ARTICLES OF INCORPORATION

### OF

### FMH PICTURES, INC.

**FILED**
In the Office of the Secretary of State
of the State of California

AUG 1 1 2010

The undersigned certifies that:

1.  He is the President and the Secretary of FMH Pictures, Inc., a California corporation.

2.  Article I of the Articles of Incorporation of this corporation is amended to read as follows:

    The name of the corporation is Full Moon Holdings Corp.

3.  The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4.  The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 1,000. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: June ____, 2010

Aug, 10th

_____
Charles Band, President

_____
Charles Band, Secretary

I:\17022\400\Formation\Cert of Amend Articles.wpd



I hereby certify that the foregoing
transcript of ____3____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

JAN 1 5 2014

Date: _____
                    RMG

Debra Bowen
DEBRA BOWEN, Secretary of State

**EXHIBIT "2"**

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

FULL MOON HOLDINGS CORP.

FILE NUMBER:      C3299592
FORMATION DATE:   06/30/2010
TYPE:             DOMESTIC CORPORATION
JURISDICTION:     CALIFORNIA
STATUS:           SUSPENDED

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the California Franchise Tax Board suspended the entity's powers, rights and privileges on January 02, 2013, pursuant to the provisions of the California Revenue and Taxation Code, and the entity's powers, rights and privileges remain suspended.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of February 01, 2014.

**DEBRA BOWEN**
**Secretary of State**

CLL

*NP-25 (REV 1/2007)*

**EXHIBIT "3"**



This page is part of your document - DO NOT DISCARD

## 20110296124





**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**02/24/11 AT 01:40PM**

Pages:
0002

| | |
|---|---|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 26.00 |



**L E A D S H E E T**



201102240480013

00003804417



003180485

**SEQ:
02**

**DAR - Mail (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

E233255

YOUR RETURN MAILING ADDRESS

NAME:  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, C/O MATTHEW WOLF

ADDRESS:  11400 W. OLYMPIC BLVD., 9TH FLOOR

CITY:  LOS ANGELES          STATE: CA          ZIP CODE: 90064



02/24/2011          Y CLERK

*20110296124*

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

☑ Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)  ☐ New Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
☐ Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
$5.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

## The following person(s) is (are) doing business as:

**\*1. FULL MOON FEATURES**          2.

Print Fictitious Business Name(s)

**\*\* 1626 N. WILCOX AVE., SUITE 474**

Street address of principal place of business          Mailing address if different

HOLLYWOOD          CA          90028          LOS ANGELES

City          State          Zip          COUNTY          City          State          Zip

Articles of Incorporation or Organization Number (if applicable): AI #/ON  C3299592 - *A0705826*

**\*\*\* REGISTERED OWNER(S):**

1. FULL MOON HOLDINGS CORP.          2.

Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

   1626 N. WILCOX AVE., SUITE 474

Residence Address          Residence Address

   HOLLYWOOD          CA          90028

City          State          Zip          City          State          Zip

   CALIFORNIA

If Corporation or LLC -- Print State of Incorporation/Organization          If Corporation or LLC -- Print State of Incorporation/Organization

3.          4.

Full Name/Corp/LLC (P O Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address          Residence Address

City          State          Zip          City          State          Zip

If Corporation or LLC -- Print State of Incorporation/Organization          If Corporation or LLC -- Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**\*\*\*\* THIS BUSINESS IS CONDUCTED BY:** (Check one)

☐ an Individual          ☐ a General Partnership          ☐ a Limited Partnership          ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership          ☑ a Corporation          ☐ a Trust          ☐ Copartners
☐ Husband and Wife          ☐ Joint Venture          ☐ State or Local Registered Domestic Partners          ☐ a Limited Liability Partnership

**\*\*\*\*\*** The registrant commenced to transact business under the fictitious business name or names listed above on 07/01/2010

(Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.

(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT)  FULL MOON HOLDINGS CORP.          TITLE  PRESIDENT

**REGISTRANT SIGNATURE** _____  IF CORP OR LLC, PRINT NAME  CHARLES BAND

## If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

*DEAN C. LOGAN, LOS ANGELES COUNTY CLERK*          BY: _____, Deputy

Rev. 09/2010          P.O. BOX 1208, NORWALK, CA 90651-1208          PH: (562) 462-2177          WEB ADDRESS: LAVOTE.NET

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 0 7 2014

Dean C. Logen REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

**EXHIBIT "4"**

This page is part of your document - DO NOT DISCARD



**20110487693**



**Pages:
0002**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**04/01/11 AT 11:07AM**

| | |
|---|---|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



**L E A D S H E E T**



201104010490003

**00003976798**

003242514

**SEQ:
10**

**DAR - Counter (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

## DECLARATION OF PUBLICATION



04/01/2011

*20110487693*

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

ATTN MATTHEW E WOLF ESQ

WOLF RIFKIN SHAPIRO
SCHULMAN & RABKIN LLP
11400 W OLYMPIC BLVD 9TH FLR
LOS ANGELES CA 90064-1557

PROCESS & PUB-FICTITIOUS NAME
FULL MOON FEATURES
20110296124

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal clerk of the LOS ANGELES BULLETIN*, a newspaper of general circulation in the City of Los Angeles, the Judicial District of Los Angeles, the County of Los Angeles, and the State of California, as adjudicated in Los Angeles Superior Court Case No. BS014387. The notice, a printed copy of which appears hereon, was published on the following date(s): Mar 3,10,17,24, 2011

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on 03/24/11.

*signature*

**Los Angeles Bulletin**
P.O. Box 60859
Los Angeles, Ca 90060

*Phone: (213) 346-0033*
*Fax: (213) 687-3886*

Cust. Num.: 003377
Cust. Ref. Num.: 17022-404

Control Num.: 851465

File No. 20110296124
FICTITIOUS BUSINESS
NAME STATEMENT
The following person(s) is (are) doing business as FULL MOON FEATURES, 1626 N Wilcox Ave., Suite 474, Hollywood, CA 90028, COUNTY Los Angeles
Articles of Incorporation or Organization Number AI #ON C3299592 - A0705826
REGISTERED OWNER(S)
Full Moon Holdings Corp., California, 1626 N Wilcox Ave., Suite 474, Hollywood, CA 90028
This business is conducted by a corporation
The registrant commenced to transact business under the fictitious business name or names listed above on July 01, 2010
I declare that all information in this statement is true and correct (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
REGISTRANTS/CORP/LLC      NAME (PRINT)     FULL MOON     HOLDINGS CORP, TITLE President
REGISTRANT SIGNATURE Charles Band
If corporation, also print corporate title of officer. If LLC, also print title of officer or manager
This statement was filed with the County Clerk of Los Angeles County on February 24, 2011
NOTICE - In accordance with subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the Office of the County Clerk Except, as provided in subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A New Fictitious Business Name Statement must be filed before the expiration
The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under Federal, State, or Common Law (See Section 14411 et seq., Business and Professions Code)
I hereby certify that this copy is a correct copy of the original statement on file in my office
DEAN C LOGAN, LOS ANGELES COUNTY CLERK
BY: Deputy
Original
CN851485 17022-404 Mar 3,10,17,24, 2011

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 0 7 2014

Dean C. Logan   REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

EXHIBIT "5"



**State of California**
**Secretary of State**



**E-B36484**

**FILED**

In the office of the Secretary of
State of the State of California

**Jul - 19 2010**

This Space For Filing Use Only

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

   C3299592

   FMH PICTURES, INC.

   **S**

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD   CA 90028 | | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD   CA 90028 | | | |

| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHARLES   BAND  1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD, CA 90028 | | | | |

| 6. SECRETARY/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHARLES   BAND 1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD, CA 90028 | | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHARLES   BAND 1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD  CA 90028 | | | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHARLES  BAND    1626 N. WILCOX AVE., SUITE 474   HOLLYWOOD, CA 90028 | | | | |

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

   MICHAEL  WOLF, ESQ.

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 11400 WEST OLYMPIC BLVD.  9TH FLOOR  LOS ANGELES, CA 90064 | | | |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

   MOTION PICTURE PRODUCTION

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/19/2010 | CHARLES BAND | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 01/2008) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|



I hereby certify that the foregoing
transcript of _____|_____page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

JAN 1 5 2014

Date: _____ RMCq

*Debra Bowen*
DEBRA BOWEN, Secretary of State

**EXHIBIT "6"**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on April 13, 2011 a claim to copyright a work identified as **GINGERDEAD MAN 3: SATURDAY NIGHT CLEAVER** was registered under **PAu 3-603-796.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on April 25, 2014.

Maria A. Pallante
Register of Copyrights

*Veronica Patten.*

By:     Veronica Patten
        Supervisory Copyright Specialist
        Records Research and Certification Section
        Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-603-796**

**Effective date of registration:**

April 13, 2011

## Title

**Title of Work:** Gingerdead Man 3: Saturday Night Cleaver

**Nature of Work:** Motion Picture

## Completion/ Publication

**Year of Completion:** 2011

## Author

■ **Author:** Full Moon Holdings, Inc. d/b/a Full Moon Features

**Author Created:** Motion Picture

**Work made for hire:** No

**Domiciled in:** United States

**Anonymous:** No           **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Full Moon Holdings, Inc. d/b/a Full Moon Features

1626 N. Wilcox Ave. #474, Hollywood, CA, 90028

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Charles Band

**Date:** March 17, 2011

EXHIBIT "7"

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the Application for Copyright Registration of the work entitled **GINGERDEAD MAN 3: SATURDAY NIGHT CLEAVER**. The application was received in the Copyright Office April 13, 2011 and was assigned the service request number 1-599948721

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on June 9, 2014.

Maria A. Pallante
Register of Copyrights

By:    Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United St* *Code* authorize the Copyright Office to collect the personally identifi information requested on this form in order to process the appli tion for copyright registration. By providing this information you agreeing to routine use of the information that include publica to give legal notice of your copyright claim as required by 17 U §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

LC COPYRIGHT

0 032 314 904 5

PA          PAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Gingerdead Man 3: Saturday Night Cleaver

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

**2**

**NAME OF AUTHOR ▼**
Full Moon Holdings, Inc. d/b/a Full Moon Features

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼
N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer of these quest "Yes," see de instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Motion Picture

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer of these quest "Yes," see de instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer of these quest "Yes," see de instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2011 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Full Moon Holdings, Inc. d/b/a Full Moon Features
1626 N. Wilcox Ave. #474
Hollywood, CA  90028

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE

Page 1 of

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Charles Band c/o Full Moon
1626 N. Wilcox Ave. #474
Hollywood, CA  90028

Area code and daytime telephone number ( 323 ) 822-2100          Fax number ( 213 ) 627-4615
Email cband@fullmoonfeatures.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles Band                                        Date 3/17/11

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Charles Band c/o Full Moon
Number/Street/Apt ▼
1626 N. Wilcox Ave. #474
City/State/Zip ▼
Hollywood, CA  90028

YOU MUST
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6230

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA-Full Rev 02/2009 Print 06/2010—50,000 Printed on recycled paper          U.S. Government Printing Office 2010-357-4

EXHIBIT "8"

EJ-195

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>Alan M. Mirman, Esq. (SBN 66883)<br>MIRMAN, BUBMAN & NAHMIAS, LLP<br><br>21860 Burbank Boulevard, Suite 360<br>Woodland Hills, California 91367<br>ATTORNEY FOR *(Name)*: Plaintiff, Hollywood & Vine Development Company | TELEPHONE NO.:<br>(818) 451-4600      FOR COURT USE ONLY |

NAME OF COURT: LOS ANGELES COUNTY SUPERIOR COURT
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Los Angeles, California 90012
CITY AND ZIP CODE:
BRANCH NAME: Central District, Stanley Mosk Courthouse

PLAINTIFF: HOLLYWOOD & VINE DEVELOPMENT COMPANY

DEFENDANT: AMAZING FANTASY ENTERTAINMENT, INC., etc., et al.

| | |
|---|---|
| **NOTICE OF RENEWAL OF JUDGMENT** | CASE NUMBER:<br>BC242458 |

TO JUDGMENT DEBTOR *(name)*:
AMAZING FANTASY ENTERTAINMENT, INC., a California corporation, dba RED PLANET, dba FULL MOON TOYS, dba BIG CITY RECORDS and dba TANA2000

FULL MOON UNIVERSE, INC. a California corporation, fka ISURRENDER.COM

CHARLES BAND, an individual

ALBERT BAND, an individual

1. This renewal extends the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. If you object to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within 30 days after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached (*Cal. Rules of Court, rule 3.1900*).    JOHN A. CLARKE, CLERK

Date:    **JAN 2 0 2012**      Clerk, by ___J. A. Cook___ , Deputy

                                  J. A. COOK


[SEAL]

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-195 [Rev. January 1, 2007] | **NOTICE OF RENEWAL OF JUDGMENT**    See CCP 683.160 for information on method of service    Page 1 of 1<br>Code of Civil Procedure, § 683.160<br>www.courtinfo.ca.gov |

**EXHIBIT "9"**



1  Donald A. Barton, Esq. 105402
   LAW OFFICES OF DONALD A. BARTON
2  10100 Santa Monica Blvd., Suite 800
   Los Angeles, California  90067-4100
3  (310) 282-0553

4  Attorneys for Plaintiffs

**FILED**
LOS ANGELES SUPERIOR COURT

MAR 27 2001

JOHN A. CLARKE, CLERK

BY M.J FOLLINGS, DEPUTY

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                FOR THE COUNTY OF LOS ANGELES

11  JAMES R. MODER MOTION PICTURE)
    DISTRIBUTION,    INC.;   MODER-)
12  GORDIAN ENTERTAINMENT, INC.   )      Case No. BC 232808
                                  )
13                                )
                                  )
14          Plaintiffs,           )
                                  )      JUDGMENT
15      vs.                       )      Pursuant   to  Stipulation   for
                                  )      Entry of Judgment
16  CHARLES   BAND,  an  individual;)
    FULL  MOON UNIVERSE;  FULL  MOON)
    STUDIOS;  FULL  MOON  MPC, INC.;)
17  FULL MOON PICTURES; ALBERT BAND)
    ENTERPRISES,    INC.;   TANNA)
18  PRODUCTIONS,   INC.;   AMAZING)
    FANTASY ENTERTAINMENT, INC.; RED)
19  PLANET, INC.; SURRENDER CINEMA,)
    INC.; FULL MOON TOYS, INC.;  and)
20  DOES 1-100,                   )
                                  )
21                                )
            Defendants.           )
22                                )

23      IN  THE  ABOVE-ENTITLED  MATTER,  Plaintiffs,  jointly  and

24  severally, and Defendants, jointly and severally, having stipulated

25  and agreed that Judgment be entered as set forth in the Stipulation

26  for Entry of Judgment on file herein:

27      IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

28      1.  Plaintiffs have judgment against Defendants CHARLES BAND;

                              1

                                          JUDGMENT

1  FULL MOON UNIVERSE; FULL MOON STUDIOS; FULL MOON MPC, INC.; FULL

2  MOON PICTURES; ALBERT BAND ENTERPRISES, INC.; TANNA PRODUCTIONS,

3  INC.; AMAZING FANTASY ENTERTAINMENT, INC.; RED PLANET, INC.;

4  SURRENDER CINEMA, INC.; FULL MOON TOYS, INC., jointly and

5  severally, (collectively referred to herein as "Defendant") in the

6  principal sum of $115,871.00, reasonable attorneys fees and costs

7  in the amount of $2,273.00, interest to the date hereof in the

8  amount of $16,896.40, and Defendant appearance fees are hereby

9  waived/charges by the Court to Plaintiffs, in the amount of

10  $_____.

11      The total amount of judgment entered is $135,040.40.

12

13      2.  Further, said Defendants, jointly and severally, shall pay

14  all fees and costs incurred for collection of this Judgment,

15  including reasonable attorneys fees, and interest at the rate of

16  10% per annum on the judgment from the date hereof equal to $_____

17  per day.

18

19      3.  Writs of Execution on said judgment shall immediately

20  issue.

21

22  Dated: 3/27/01                    Susan Bryant-Deason

23                        JUDGE OF THE SUPERIOR COURT

24

25

26

27

28  APR 6 2001  writ LA

                                    2
                                            JUDGMENT