Karie J. Boyd, Esq. / SBN 256840
kb@bodylawapc.com
Thomas D. Georgianna, Esq. / SBN 242115
tg@boydlawapc.com
BOYD LAW APC
2029 Century Park East, Suite 2880
Los Angeles, CA 90067
Telephone: (310) 777-0231
Facsimile: (310) 694-0733
Attorneys for Plaintiff JOHN HACKERT

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN HACKERT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BAND, an individual, d/b/a FULL MOON HOLDINGS, d/b/a FULL MOON HOLDINGS, INC., d/b/a FULL MOON FEATURES, d/b/a FULL MOON HOLDINGS CORP. d/b/a FULL MOON and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV14-8814 FMO JPRx<br><br>**PLAINTIFF JOHN HACKERT'S NOTICE OF LODGMENT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff JOHN HACKERT hereby lodges true and correct copies of the following documents with the Court in support of Plaintiff JOHN HACKERT'S Complaint, as follows:

1. A certified registration with the United States Copyright Office, filed by Charles Band, stating that "Full Moon Holdings, Inc." does business as "Full Moon Features." The effective date of the registration is April 13, 2011.

- 1 -
PLAINTIFF JOHN HACKERT'S NOTICE OF LODGMENT

2. A different certified registration with the United States Copyright Office, filed by Charles Band, stating that "Full Moon Holdings, Inc." does business as "Full Moon Features." The registration is dated March 17, 2011.

Dated: November 12, 2014

BOYD LAW APC

Respectfully submitted,

By: _____
Karie J. Boyd
Thomas D. Georgianna
Attorneys for Plaintiff
JOHN HACKERT