Karie J. Boyd, Esq. / SBN 256840
kb@bodylawapc.com
Thomas D. Georgianna, Esq. / SBN 242115
tg@boydlawapc.com
BOYD LAW APC
2029 Century Park East, Suite 2880
Los Angeles, CA 90067
Telephone: (310) 777-0231
Facsimile: (310) 694-0733
Attorneys for Plaintiff JOHN HACKERT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN HACKERT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BAND, an individual, d/b/a FULL MOON HOLDINGS, d/b/a FULL MOON HOLDINGS, INC., d/b/a FULL MOON FEATURES, d/b/a FULL MOON HOLDINGS CORP. d/b/a FULL MOON and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-08814-FMO-JPR<br><br>**DECLARATION OF SHEILA J. HACKERT**<br><br><br>Date of Hearing:<br>Time of Hearing:<br>Location: |

///
///
///
///
///
///
///
///

- 0 -

**DECLARATION OF SHEILA HACKERT**

I, Sheila Hackert, hereby declare, pursuant to 28 U.S.C. § 1746 as follows:

I make this declaration as to facts within my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

1. I am a U.S. citizen and am domiciled in the state of New York.
2. Plaintiff John Hackert ("John") is my son.
3. In May 2011, I granted to John, the right to possess, use, manage and lend funds owned by me.
4. On October 13, 2011, I transferred $10,000, from my account at HSBC Premier to a Citibank bank account owned by "Full Moon Holdings, Inc." of Los Angeles, California. This was to fund the loan that John made to "Full Moon Holdings, Inc." A true and accurate copy of a Statement of Account, for the above referenced account owned by me, for the period of September 24, 2011 to October 25, 2011, showing a transfer of funds in the amount of $10,000, is attached hereto as **Exhibit "1"**, and incorporated by reference.
5. On November 14, 2011, I transferred $50,000 from my account at HSBC Premier to a Citibank bank account owned by "Full Moon Holdings, Inc." of Los Angeles, California. This was to fund the loan that John made to "Full Moon Holdings, Inc." A true and accurate copy of a Statement of Account, for the above referenced account owned by me, for the period of October 26, 2011 to November 23, 2011 to, showing a transfer of funds in the amount of $50,000, is attached hereto as **Exhibit "2"**, and incorporated by reference.
6. On May 14, 2012, I transferred $100,000 from my account at HSBC Premier to a Citibank bank account owned by "Full Moon Holdings, Inc." of Los Angeles, California. This was to fund the loan that John made to "Full Moon Holdings, Inc." A true and accurate copy of a Statement of Account, for the above referenced account owned by me, for the period of April 24, 2012 to May 22, 2012, showing a transfer of funds in the amount of $100,000, is attached hereto as **Exhibit "3"**, and incorporated by reference.

- 1 -

**DECLARATION OF SHEILA HACKERT**

1  7. The foregoing statements were made upon my personal knowledge,
2  information and belief.
3
4  I declare, under penalty of perjury, that the foregoing is true and correct.
5
6
7  Executed on Nov 17th at 2014 5:35pm Eastern time
8
9  By: Sheila J. Hackert
10  Sheila J. Hackert

- 2 -
DECLARATION OF SHEILA HACKERT

**EXHIBIT "1"**

# HSBC 

SHEILA J HACKERT

**HSBC Premier**

HSBC Premier
Statement of Account
Account Number

September 24, 2011 - October 25, 2011
Page 2 of 3

HSBC PREMIER    ROTTERDAM OFFICE    (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/13/11 | TELEPHONE TRANSFER FROM 0112660142 | | | |
| 10/13/11 | 57/SEND FED CITIBANK, NA*BNF:FULL MOON HOLDING, INC,CA 90 026*STFEDSEQ:B1Q8982C003892*TIME:1412*YR REF:TT211112286 00001*MMB REF:286446334. | 10,000.00 | | |

**ITEMS PAID ON THIS STATEMENT:**

NUMBERED CHECKS:

* GAP IN PAID CHECK SEQUENCE

**EXHIBIT "2"**



**HSBC Premier**

SHEILA J HACKERT

HSBC Premier
Statement of Account
Account Number ▮▮▮▮

October 26, 2011 – November 23, 2011
Page 2 of 3

HSBC PREMIER                              ROTTERDAM OFFICE                 (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/14/11 11/14/11 | TELEPHONE TRANSFER FROM 0112680142 57SEND FED CITIBANK, NA*BNF:FULL MOON HOLDINGS, INC,LOS ANGELES CA 90026*STFEDSEQ:B1Q8983C006285*TIME:1451*YR REF:TT21111231800001*MMB REF:318571548 | | 50,000.00 | |

ITEMS PAID ON THIS STATEMENT:
NUMBERED CHECKS:

HSBC PREMIER INVESTOR         SHEILA J HACKERT       ROTTERDAM OFFICE

ADD THIS AMOUNT TO YOUR RECORDS:
(INTEREST POSTED TO YOUR ACCOUNT ▮▮▮ THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS ▮▮▮

EXHIBIT "3"

# HSBC

SHEILA J HACKERT 

# HSBC Premier

**HSBC Premier
Statement of Account
Account Number**

April 24, 2012 - May 22, 2012
Page 2 of 2



| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/14/12 | TELEPHONE TRANSFER FROM 0112660142 | | | |
| 05/14/12 | TELEPHONE TRANSFER FROM 0112655254 | | | |
| 05/14/12 | 57SEND FED CITIBANK, NA*BNF:FULL MOON HOLDINGS, INC,LOS ANGELES, CA 90026*STFEDSEQ:B1Q8984C604153*TIME:1550*YR R ER:TT21211213500001*MMB REF:135464660 | 100,000.00 | | |

**ITEMS PAID ON THIS STATEMENT:**

**NUMBERED CHECKS:**

**OTHER ITEMS:**