Name and address:

Thomas D. Giorgianna, Esq,: SBN 242115
BOYD LAW
2029 Century Park East, Suite 2880
Los Angeles, CA 90067
Telephone: (310) 777-0231
Facsmile: (310) 694-01733

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HACKERT <br><br> v. <br> PLAINTIFF(S) | CASE NUMBER: <br><br> 2:14-cv-08814-FMO-JPR |
| CHARLES BAND, et al. <br><br> DEFENDANT(S) | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Thomas Giorgianna         CA Bar Number: 242115

Firm or agency: BOYD LAW

Address: 8001 Irvine Center Drive, Suite 1185, Irvine, CA 92618

Telephone Number: (310) 777-0231         Fax Number: (310) 694-0733

E-mail: tg@boydlawapc.com

Counsel of record for the following party or parties: Plaintiff JOHN HACKERT


Other members of the same firm or agency also seeking to withdraw: Karie Boyd

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☒ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: John Hackert  
CA Bar Number: pro se  
Firm or agency: pro se  
Address: P.O. Box 2773 Glenville, New York 12325  
Telephone Number: (518) 507-2219  
Fax Number:  
E-mail: devlinmayham@aol.com

## SECTION III - SIGNATURES

**Withdrawing Attorney**
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 1/23/15  
Signature: [signature]  
Name: Tom Creaghnay

**New Attorney (if applicable)**
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date:  
Signature:  
Name:

**Party Represented by Withdrawing Attorney**
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.
☒ representing myself *pro se* in this case.

Date:  
Signature: [signature]  
Name: John Hackert  
Title: Plaintiff

# PROOF OF SERVICE

I, **Brenda Castro,** declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am over the age of 18 years, and not a party to or interested in the within entitled action. I am an employee of Boyd Law, and my business address is 8001 Irvine Center Drive, Suite 1185, Irvine, CA 92618.

On January 23, 2015 I served the attached **Request for Approval of Substitution or Withdrawal of Counsel,** on the interested parties in this action

[X]   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**John Hackert**
**P.O. Box 2773 Glenville**
**Glenville, New York 12325**

IT IS HEREBY CERTIFIED BY THE ACT OF FILING OR SERVICE
THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.

[X]   (BY MAIL) I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancelation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (PERSONAL SERVICE) I caused such envelope to be personally delivered to the offices of the addressee on.

[ ]   (BY FACSIMILE) On January 23, 2015, I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted above via facsimile, to the respective facsimile numbers indicated above, pursuant to California Rule of Court 2009. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission.

[ ]   (BY OVERNIGHT COURIER-OVERNITE EXPRESS) I caused the above-described document to be served on _____ by overnight courier: _____.

[ ]   (BY EMAIL) I caused such documents to be emailed to the offices with the following email addresses.

Executed on January 23, 2015 at Irvine, California.

_____
Brenda Castro, Declarant