3/10/2015

To Whom It May Concern:

The papers I received got accidently destroyed. Information was on Hackert vs. B and r Full Moon Holdings Corp.

I am very sorry, for the loss of the papers. Is it possible, to obtain copies for my personal record.

Sincerely,
John L. Hackert

**FILED**
**CLERK, U.S. DISTRICT COURT**

MAR 13 2015

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____vdr_____ DEPUTY

3/10/2015

Honorable Judge Fernando M. Olguin,

I ask that my case against Charles Band and Full Moon Holdings Corp. not be dismissed. My reasons are as followed, My past lawyer no longer represents me, the firm chose not to pursue on a contingency basis. I am talking to several people, whom are trying to get myself connected to a law firm that will do it on a contingency basis. The past law firm said my case was solid, and so have others. Judge I ask for time, Charles owes me a considerable amount of money and royalties. He feels he is above the law and no one can touch him, Sir, he is wrong. This money was loaned to me by my mother to start a new career and not to be waste. Charles and I knew each other six years before the contract was written. His past history was well hidden if I had known what I know now it would not have taken place.

Sincerely,

John A. Hatch