JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/29/15

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HACKERT, | ) | Case No. CV 14-8814 FMO (JPRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CHARLES BAND, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of April, 2015.

/s/
Fernando M. Olguin
United States District Judge